UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---

**JOE HAND PROMOTIONS, INC.,**
as Broadcast Licensee of the **May 24, 2008**
UFC #84 Program,

              Plaintiff,

    -against-

KEITH LELAND GOODMAN, Individually, and d/b/a THE CELLAR a/k/a CELLAR a/k/a THE CELLER, and THE CELLAR a/k/a CELLAR a/k/a THE CELLER,

             Defendants.

---

**NOTICE OF DISMISSAL**

Civil Action No. C-08-4533-MEJ
Hon. James Maria-Elena

    **PLAINTIFF, J & J SPORTS PRODUCTIONS, INC.,** hereby has compromised the within and foregoing action, and no party named herein being an infant or incompetent, herewith notifies the Court of the settlement of the above-styled action and moves to dismiss their claim against Defendants with prejudice and without costs pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure.

Dated: December 5, 2008
       Ellenville, New York

                  **J & J SPORTS PRODUCTIONS, INC.**

                  By:/s/ Julie Cohen Lonstein

                    JULIE COHEN LONSTEIN, ESQ.
                    Attorney for Plaintiff
                    LONSTEIN LAW OFFICE, P.C.
                    Office and P.O. Address
                    1 Terrace Hill : P.O. Box 351
                    Ellenville, NY 12428
                  Telephone: (845) 647-8500
                    Facsimile: (845) 647-6277
                  *Our File No. 08-9CA-N01V*

                BY: /s/ Yasha Bronshteyn

                  YASHA BRONSHTEYN
                  Bar Roll No. 210248
                  GINZBURG & BRONSHTEYN, LLP
                  Resident Counsel for Plaintiff
                  11111 Santa Monica Blvd
                  Ste 1840
                  Los Angeles, CA 90025
                  Tel. (310)914-3222
                  Fax (310)914-4242

**SO ORDERED** this 5th day of Dec., 2008

_____
**HON. JAMES MARIA-ELENA**
**UNITED STATES MAGISTRATE DISTRICT JUDGE**



IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA